AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-18-0596-TUC-RCC (BPV) |
| | ) | |
| Douglas Clay Moulton | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Douglas Clay Moulton,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1361 Destruction of Government Property and 49:46317 Operating an Aircraft Without a License

Date: 04/12/2018

*Issuing officer's signature*

City and state: Tucson, AZ

M. F. Rodriguez, Deputy Clerk
*Printed name and title*

---

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |

Date: _____

*Arresting officer's signature*

*Printed name and title*

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ROSALEEN O'GARA
Assistant U.S. Attorney
State Bar No. 029512
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rosaleen.ogara@usdoj.gov
Attorneys for Plaintiff

FILED

2018 APR 11 PM 3: 26

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR 18- 596TUC RCC(BPV)

| United States of America, | |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1: 18 U.S.C. § 1361<br>(Destruction of Government Property) |
| Douglas Clay Moulton, | Count 2: 49 U.S.C. § 46317<br>(Operating an Aircraft without a License) |
| Defendant. | |

SEALED

**THE GRAND JURY CHARGES:**

## COUNT 1

### 18 USC § 1361 - Destruction of Government Property

Beginning at a time unknown to on or about October 24, 2017, at or near Ironwood National Monument, in the District of Arizona, Defendant, Douglas Moulton, did willfully injure and commit a depredation against property of the United States, to wit: he did construct an airstrip on federal land, thereby excavating, removing, damaging, and otherwise altering and defacing an archaeological resource from public land, namely Ironwood National Monument, resulting in damage to archaeological resources in the amount of $92,983 and damage to environmental resources in the amount of $2,690, all in violation of Title 18, United States Code, Section 1361.

///

## COUNT 2

### 49 U.S.C. § 46317 - Operating an Aircraft without a License

Beginning at a time unknown to on or about October 24, 2017, at or near Ironwood National Monument, in the District of Arizona, Defendant, Douglas Moulton, did knowingly and willfully serve and attempt to serve in any capacity as an airman operating an aircraft in air transportation without an airman's certificate authorizing such; all in violation of Title 49, United States Code, Section 46317.

A TRUE BILL

/ S /
---
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/ S /
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE



# GRAND JURY CASE SUMMARY

| ☐ INDICTMENT ☒ SEALED INDICTMENT ☐ VICTIM CASE | ☐ SUPERSEDING INDICTMENT ☐ SEALED SUPERSEDING INDICTMENT | USAO Case Number: 2017R19516 |
|---|---|---|
| Form Prepared By: | Rita Owen/Rosaleen T. O'Gara | District Court Case Number: |
| | Name of Legal Assistant or AUSA | Magistrate Case Number(s): |
| JUDGE CONFLICT:* ☐ JGZ ☐ EJM ☐ LCK ☐ OTHER: (Other Judge Conflict Initials Here) | | Investigation |

*The following judges have conflicts for Criminal cases charged or opened between the following dates:
  JGZ: criminal cases opened or charged between 10/20/2002 - 2/21/2005, matters in which DRZ has participated, and matters opened or pending in the Financial Crimes & Public Integrity Section between 12/15/13 - 10/27/15.
  EJM: criminal cases opened or charged between 1/1/2008 - 2/11/2014.
  LCK: criminal cases opened or charged between 2/1/2002 – 10/31/2009, and criminal matters AUSAs consulted with LCK on while she was SLC between 2/1/2013 – 4/4/2016.

CR 18- 596TUC

RCC/BPV

| DEFENDANTS: | | |
|---|---|---|
| No. | (Last Name, First Name Middle Name) | Custody Status [C, R, or F]* |
| 1. | **Moulton, Douglas Clay** | F |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

*Custody Status: [C] means defendant is in federal custody on this case; [R] means defendant has appeared in court on this case and was released on bond or O/R; [F] means defendant has not yet appeared in court on this case.

| ☐ ISSUE SUMMONS (Please Provide Physical Address) | ISSUE WARRANT ☒ Other Custody/Detainer ☐ Fugitive | DATE OF INDICTMENT: 04/11/18 |
|---|---|---|
| Assistant U.S. Attorney: Rosaleen T. O'Gara | Agent/Agency and Location/Telephone Number: | |
| Defense Attorney: | **SA Roman Montoya – BLM** | |
| Time Needed to Present: 15 minutes | **(520) 336-7018** | |

| CHARGES: | | |
|---|---|---|
| STATUTE (Title:Section) | OFFENSE DESCRIPTION | COUNTS |
| 18:1361 | Destruction of Government Property | 1 |
| 49:46317 | Operating an Aircraft Without a License | 2 |
| | | |
| | | |
| | | |

Revised APR2016